AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Kunal MEHTA,<br>Harvinder SINGH,<br><br>**Defendants.** | ) | Case No. 8:26-PO-97 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 11, 2026 in the county of Clinton in the Northern District of New York the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

[signature]

*Complainant's signature*

Asta M. Amar

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 13, 2026

[signature] Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:35:02 -04'00'

*Judge's signature*

City and State: Syracuse, NY

Hon. Mitchell J. Katz U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Asta M. Amar, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January 2024. I successfully completed training at the United States Border Patrol Academy in 2024, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging the defendants with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3. On October 11, 2026, BPAs encountered two individuals later identified as Kunal MEHTA and Harvinder SINGH at the Border View gas station located at the intersection of Ridge Road and State Route 11 in Champlain, New York. BPAs observed both subjects to have wet pants up to their knees covered in mud. Both subjects appeared to have leaves and debris on them. These are usually signs of people exiting a brush area while potentially trying to enter the United States unlawfully.

4. BPAs approached Kunal MEHTA and Harvinder SINGH and identified themselves and asked the subjects for their immigration status. The subjects admitted that they are citizens of

countries other than the United States as follows: Mehta and Singh are citizens of India. The subjects admitted to also crossing into the United States from Canada. The subjects were then transported to the USBP station for further processing.

5. At that station, BPAs fingerprinted the defendants and records checks confirmed that none of them are citizens or nationals of the United States and are therefore aliens; that none had permission to enter the United States; and that none had entered the United States through a port of entry.

**Conclusion**

6. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Asta M. Amar
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 13, 2026

Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:34:27 -04'00'

Hon. Mitche11 J. Katz
United States Magistrate Judge